No. 85–1400.   CONTINENTAL BAKING CO. *v.* MACON.   C. A. 6th Cir.   Certiorari denied.

No. 86–340.   LOCAL 710, INTERNATIONAL BROTHERHOOD OF TEAMSTERS *v.* THOMSEN.   C. A. 8th Cir.   Certiorari denied.

No. 86–672.   TRANS WORLD AIRLINES, INC. *v.* ELISALDE. C. A. 8th Cir.   Certiorari denied.

No. 86–715.   SUBCLASS IV (UNITHOLDERS) *v.* FOX & CO. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–765.   MISSOURI PACIFIC RAILROAD CO. ET AL. *v.* EVANS.   C. A. 8th Cir.   Certiorari denied.

No. 86–1022.   GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO ET AL. *v.* LYDIA DE CHOUDENS.   C. A. 1st Cir. Certiorari denied.

No. 86–1024.   CONFERENCE OF STATE BANK SUPERVISORS ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–1080.   WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *v.* BROCK, SECRETARY OF LABOR.   C. A. D. C. Cir. Certiorari denied.

No. 86–1118.   CINNANTE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 86–1127.   WRIGHT ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–1143.   ORTEGA ET AL. *v.* ROWE ET AL.   C. A. 5th Cir. Certiorari denied.

No. 86–1163.   JONES ET AL. *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.